UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| AUSTIN EASLEY, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | No. 4:18-CV-1593 RLW |
|  | ) |  |
| STEVE LARKINS, et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## MEMORANDUM AND ORDER

Plaintiff, a prisoner, moves for leave to proceed in forma pauperis in this civil action under 42 U.S.C. § 1983. Under 28 U.S.C. § 1915(b), plaintiff is required to submit a certified copy of his prison trust account statement for the six-month period before the filing of the complaint. He has not done so.

Accordingly,

**IT IS HEREBY ORDERED** that, within thirty (30) days from the date of this Order, plaintiff must submit a copy of his prison trust account statement for the six-month period before the filing of the complaint.

Dated this 24th day of September, 2018.

RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE